Judgment rendered March 11, 2020.

No. 53,536-KA

COURT OF APPEAL
SECOND CIRCUIT
STATE OF LOUISIANA

* * * * *

STATE OF LOUISIANA                          Appellee

versus

BRIDGET EBARB                               Appellant

* * * * *

Appealed from the
First Judicial District Court for the
Parish of Caddo, Louisiana
Trial Court No. 351,763

Honorable Ramona L. Emanuel, Judge

* * * * *

LOUISIANA APPELLATE PROJECT          Counsel for Appellant
By: Meghan Harwell Bitoun

JAMES EDWARD STEWART, SR.             Counsel for Appellee
District Attorney

JOSHUA K. WILLIAMS
Assistant District Attorney

* * * * *

Before WILLIAMS, GARRETT and COX, JJ.

NOT DESIGNATED FOR PUBLICATION
Rule 2-16.3, Uniform Rules, Courts of Appeal

## PER CURIAM.

This appeal arises from the conviction and sentence of the defendant. Pursuant to La. C. Cr. P. art. 821, the trial court is required to rule on a defendant's motion for post-verdict judgment of acquittal prior to sentencing. Failure to do so requires the sentence be vacated and the matter remanded for further proceedings. Accordingly, the defendant's sentence is set aside and vacated, and the case is remanded for further proceedings on the defendant's motion for post-verdict judgment of acquittal.